AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 AUG 21 AM 8:57

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:25-mj-595 |
| CADENA-Velazquez, Jose Adelfo | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jose Adelfo Cadena-Velazquez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C., Section 1546(a) - use of a fraudulent document as evidence of authorized stay and employment in the United States, knowing or having reason to know the document to be fraudulent;
42 U.S.C., Section 408(a)(7)(B) - use of a social security account number not assigned to himself with intent to deceive; and
18 U.S.C., Section 111(a) - forcibly resisted and opposed detention by Customs and Border Patrol agents and officers who were acting in their official capacity as agents and officers of Customs and Border Patrol.

Date: 8/21/2025 ~~08/20/2025~~

Issuing officer's signature

City and state: Fargo, North Dakota

Alice R. Senechal, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/21/2025, and the person was arrested on *(date)* 8/18/2025
at *(city and state)* Fargo, North Dakota.

Date: 8/21/2025

*Arresting officer's signature*

David Marcus  Border Patrol Agent
*Printed name and title*