Local AO 470  (Rev. 11/16)  Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 3:25-mj-595 |
| | ) | | |
| Jose Adelfo Cadena-Velazquez | ) | | |
| | ) | | |

**ORDER SCHEDULING**

**DETENTION HEARING**

A hearing in this case is scheduled as follows:

| Type: | Detention Hearing | Date and Time: | August 28, 2025 |
|---|---|---|---|
| | | | 2:30 pm |
| **Place:** | U.S. Federal Courthouse | **Courtroom No.:** | |
| | 655 1st Ave. N., Fargo, ND | | Fargo Courtroom 2 |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

NOTE: Defendant appearing via video from Grand Forks County Correctional; Interpreter S.S. and USPO via CMS; all other parties in Fargo.

Date:  08/25/2025

_____

*/s/ Alice R. Senechal*

*Judge's signature*

Alice R. Senechal, Magistrate Judge

*Printed name and title*